**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § § | Criminal No. 4:24−cr−00580 |
| Nabeel Iqbal, Asad Wali Kesaria, Lorena Araquistain, Victor Garcia−Cisneros, Cliserio Najera−Valenzuela, Marcos Pineda−Mendoza, Abel Delgado−Rojas, Rogelio Zuniga−Reyes, Andres Ramirez−Duarte, Marcos Antonio Zapata, Alex Perez−Sanchez, Jose Hernandez−Olvera, Jesus Horacio Garza, Enio Gonzalez−Barreto | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on January 31, 2025.

_____
Peter Bray
United States Magistrate Judge